

**RC Law Group, PLLC**
285 Passiac Street
Hackensack, NJ 07601
Tel: (201) 282-6500
Fax: (201) 282-6501
Web: www.rclawgroup.com

REVAZ CHACHANASHVILI∫
URI HOROWITZ▲
DANIEL KOHN▲
YAAKOV SAKS▲*
JACOB SINGER▲
JUDAH STEIN▲

<u>LOCAL COUNSEL</u>
DANIEL RUGGIERO△
MICHAEL J. RINGELHEIM◊
ROBERT TZALL∑
ARYEH STEIN Ω
MARINA DZHAMILOVA●
AVRAHAM CUTLER‡
JONATHAN A. STIEGLITZ√

▲ *NJ & NY Bars*  ∫ *NY Bar*  △ *ME, MA, CT, RI, PA & FL Bars*  ◊ *FL & TX Bars*  ∑ *NV & UT Bars*  Ω *MD, VA & DC Bars*  ●*WA Bar*  Ω *MD, VA & DC Bars*  ‡*NY, AZ, & MN Bars*  √*CA Bar*
**Federal Court – CO, TX, WI, MO, NE, NM, IL, ND, MI, CT* ∫

June 16, 2016

The Honorable Judge Robert W. Sweet
U.S. District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**Via ECF**

    Re:    <u>Taylor-Burns v. AR Resources, Inc.</u>
            **Case #: 1:16-cv-01259-RWS**

Your Honor,

Please be advised that we represent the Plaintiff in the above referenced action.

This case was dismissed on May 19, 2016 due to Plaintiff's failure to prosecute. Pursuant to Your Honor's Order, Plaintiff's counsel respectfully requests that this case be reopened.

Plaintiff's failure to prosecute was the result of Mr. Matthew Sarles' resignation from the RC Law Group at the end of April 2016. Mr. Sarles failed to properly calendar the Pretrial Conference scheduled for May 18, 2016, or advise any other attorneys or support staff of its scheduled date and time upon his leaving the firm. As a result of this oversight, Plaintiff's counsel failed to appear at the Pretrial Conference.

Accordingly, we respectfully request the Court reopen this case. We sincerely apologize for the inconvenience, both to Your Honor and his Court, as well as to Defense Counsel.

Thank you very much for your attention and courtesies in this matter.

                              Respectfully,

                                /s/ Daniel Kohn
                                Daniel Kohn

**CC Via ECF –** Mr. Kevin Cornish, High Swartz LLP – Attorneys for Defendant